**James H. WHITE, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

**No. 175 EM 2016**

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leon Datawn FORD, Petitioner**

**No. 275 WAL 2016**

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**Aquil JOHNSON, Petitioner**

v.

**Mark GARMAN, et al., Respondents**

**No. 173 EM 2016**

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Extraordinary Relief and/or Writ of Habeas Corpus is **DENIED**.